# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN,<br><br>                        Plaintiff,<br><br>        v.<br><br>ADEDIY AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                        Defendants. | Civil Action No. 2:24-cv-01516-WSS<br><br>JURY TRIAL DEMANDED<br><br>FILED UNDER SEAL |

## PRELIMINARY INJUNCTION ORDER

WHEREAS, Plaintiff filed an *Ex Parte* Application for the following: 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants")[1]. The Court has considered the Application, the evidence in the record, and the applicable law.

WHEREAS, Plaintiff filed an Ex Parte Motion for An Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, On December 5, 2024, the Court entered the following Orders:

---

[1] As alleged in the Complaint, are Defendants are Defendants are using without authorization Plaintiff's Image of Boy's Face protected by Copyright Registration No. VA-2-299-841 and image of Girl's Face protected by Copyright Registration No. VA-2-299-839. ("Plaintiff's Work"), while promoting, selling, offering for sale, and distributing knock-offs of Plaintiff's Product, thus infringing on Plaintiff's Work. (the "Infringing Product"), throughout the United States, including within the Commonwealth of Pennsylvania and this district, by operating fully interactive, commercial Internet based e-commerce stores accessible in Pennsylvania, via at least the Amazon.com, Walmart.com, and alibaba.com Internet market place platforms operating using the seller identities identified on Schedule "A" to the Complaint (the "Seller IDs").

(A)   (1) a temporary restraining order; (2) an order restraining assets and Merchant Storefronts, (3) an order to show cause why a preliminary injunction should not issue; and (4) an order authorizing expedited discovery against all of the Defendants identified on the attached Schedule "A", and the Third-Party Service Providers and Financial Institutions, in light of Defendants' intentional and willful offerings for sale and/or sales of Infringing Products ("Application"); and

(B)   Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("the Alternative Service Order");

WHEREAS, pursuant to the terms of the Alternative Service Order, the Defendants have been served with notice of this Show Cause Hearing; and

WHEREAS, on December 18, 2024, Plaintiff appeared for the Order to Show Cause Hearing, however no Defendants appeared. Further, none of the Third-Party Service Provider(s) or Financial Institution(s) appeared.

## ORDER

### I. Restraining Order

A. IT IS HEREBY ORDERED, as sufficient cause has been shown, the injunctive relief previously granted on December 5, 2024, shall remain in place through the pendency of this litigation, and issuing this Preliminary Injunction (hereafter "PI Order") is warranted under 15 U.S.C. § 1116, 17 U.S.C. § 502, and Federal Rules of Civil Procedure 64 and 65. Accordingly, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained as follows:

(1)   from (a) their unauthorized and unlicensed use of Plaintiff's Copyrighted Work, distribution, marketing, advertising, offering for sale, or sale of any Infringing Products; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products that infringe upon Plaintiff's Copyrighted Work;

(2)   from secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence relating to their User Accounts,[2] Merchant Storefronts[3] or any money, securities or other property or assets of Defendants (hereinafter collectively referred to as "Defendants' Assets");

(3)   effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront or any other means of importation, exportation, advertising, marketing, promotion, distribution, and/or display for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order;

(4)   each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately cease offering for sale the Infringing Products within metatags or other

---

[2] As defined in the Complaint, a "User Account" is any and all accounts with online marketplace platform, including, Amazon.com, alibaba.com and Walmart.com, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all other persons in active concert with any of them.

[3] As defined in the Application, a "Merchant Storefront" is any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in products which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them.

markers within website source code, from use on any web page (including as the title of any product listing), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use such terms or Copyrighted Work which is visible to a computer user or serves to direct computer searches to Internet based e-commerce stores owned, or operated by each Defendant, including the Merchant Storefronts operating under the Seller IDs;

(5)    each Defendant shall not transfer ownership of the User Accounts or Merchant Storefronts associated with the Seller IDs;

(6)    each Defendant shall preserve copies of all computer files relating to the use of any User Accounts and/or Merchant Storefronts under the Seller IDs and shall take steps necessary to retrieve computer files relating to the use of the User Accounts and/or Merchant Storefronts under their Seller IDs that may been deleted before the entry of this Order;

(7)    upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Amazon Services, LLC d/b/a Amazon.com, and Amazon Payments, Inc. d/b/a Amazon Pay (collectively "Amazon"), Joybuy Marketplace operated by Jingdong E-Commerce (Trade) Hong Kong Co. , Ltd and JD E-Commerce America (collectively, "Joybuy"), Whaleco Inc., a Delaware Corporation, which is a wholly owned subsidiary of Pinduoduo Inc. which is owned by PDD Holdings (collectively, "Temu"), eBay, Inc. d/b/a ebay.com, Walmart Inc. and Wal-Mart.com USA, LLC, wish.com, Alibaba.com US LLC d/b/a Alibaba.com and Aliexpress.com ("Third Party Service Provider(s)"), and financial institutions, including but not limited to, Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. AliPay (China) Internet Technology Co. Ltd., and Alipay.com Co., Ltd.

(collectively referred to as "AliPay")[4], Amazon Payments, Inc., Walmart Pay, PayPal, Inc. d/b/a paypal.com, and Context Logic, Inc. d/b/a wish.com ("Financial Institutions,")[5] and their related companies and affiliates, shall immediately identify and restrain all funds, as opposed to ongoing account activity, in or which are hereafter transmitted into the accounts related to the Defendants as identified on Schedule "A" hereto, as well as all funds in or which are transmitted into (i) any other accounts of the same customer(s); (ii) any other accounts which transfer funds into the same financial institution account(s), and/or any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Seller IDs identified on Schedule "A" hereto;[6]

(8)   upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to the Third Party Service Provider(s) and the Financial Institution(s), shall immediately divert to a holding account for the trust of the Court all funds in or which are hereafter transmitted into all accounts related to Defendants identified in Schedule "A" hereto, and associated payment accounts, and any other accounts for the same customer(s) as well as any other accounts which transfer funds into the same financial institution account(s) as any other accounts subject to this Order;

---

[4] WorldPay US, Inc. ("WorldPay") processes transactions on behalf of Alibaba and Alipay, which may appear as "Aliexpress" on a cardholder's credit card statement.

[5] Plaintiff acknowledges it is seeking multiple forms of relief.  Plaintiff will promptly provide supplemental briefing or oral argument on any issue should the Court request it.

[6] This Order contemplates that discovery may reveal that Defendants may have other user accounts operated by other Third-Party Service Providers and Financial Institutions and that the additionally discovery Third Party Service Providers and Financial Institutions, once identified and provided with notice, shall also be subject to the discovery, restraints and injunctions set forth in this Order.

(9)  The Third-Party Service Provider(s) and Financial Institution(s) shall further, within five (5) business days of receiving this Order, provider Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identifies the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account holders, until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any Third-Party Service Provider or Financial Institution for any purpose (other than pursuant to a chargeback made pursuant to that Third Party Service Provider or Financial Institution's security interest in the funds) without express authorization of this Court;

(10) Upon Plaintiff's request, any Internet marketplace who is provided with notice of this Order, including but not limited to the Third-Party Service Provider(s) and Financial Institution(s), shall immediately cease fulfillment of and sequester Defendants' inventory assets corresponding to the Seller IDs identified on Schedule "A" hereto in its inventory, possession, custody, or control, and hold such goods in trust for the Court during pendency of this action;

(11) this Order shall apply to the Seller IDs, associated Accounts and Merchant Storefronts, and any other seller identification names, Accounts or Merchant Storefronts, Third Party Service Provider or Financial Institution accounts which are being used by Defendants for the purpose of selling the Infringing Products;

(12) Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to the Service

Provider(s) and the Financial Institution(s), subject to this Order may petition the Court to modify the asset restraint set out in this Order; and

(13) this PI Order and the Alternative Service Order shall remain in effect during the pendency of this action or until further order of the Court, and Plaintiff shall serve the Defendants with a copy of this PI Order in accordance with the Alternative Service Order.

B. IT IS HEREBY ORDERED, as sufficient cause has been shown, that upon Plaintiff's request, any Internet marketplace who is provided with notice of this Order, including but not limited to the Third-Party Service Providers and Financial Institutions, is hereby restrained and enjoined from engaging in any of the following acts or omissions until further order of the Court:

(1) secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defendants' Assets from or to financial accounts associated with or utilized by any Defendant or any Defendant's User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) ("Defendants' Financial Accounts") until further ordered by this Court; and

(2) within (5) days after receiving notice of this Order, providing services to Defendants, Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts, and any other listings linked to the same sellers or linked to any other alias seller identification names being used and/or controlled by Defendants.

C. IT IS HEREBY ORDERED, as the Plaintiff has established that the following product as pictured below is the subject of a federally registered Copyright for the Plaintiff's Tooth Box; consequently sufficient cause has been shown,



(1) that, upon Plaintiff's request, within no later than five (5) calendar days of Plaintiff's request: all online marketplaces, including but not limited to, Amazon.com, Walmart.com, and alibaba.com, shall upon receipt of this Order, suspend, block, tombstone, and/or delete any and any product listings identified by the Plaintiff as either identical or substantially similar, to the Tooth Box, whether sold by the Defendant or other persons or entities.

(2) Amazon.com, Inc., and its related companies and affiliates, including Amazon Services, LLC, and Amazon Payments, Inc. (collectively "Amazon"), are hereby restrained and enjoined, pending the hearing and determination of Plaintiff's Application for a preliminary injunction, or until further order of the Court, from processing payments for any products listed under the Amazon Standard Identification Numbers(ASIN) listed in the Schedule A attached to this Order, by any Seller that has not been authorized by Plaintiff;

(3) Amazon.com, Inc., and its related companies and affiliates, including Amazon Services, LLC, and Amazon Payments, Inc., shall place the ASIN listed in the Schedule A attached to this Order into Amazon's gating program, so that Plaintiff will be able to control which sellers list product under these ASINs; and

(4) upon Plaintiff's request, Amazon.com, Inc., and its related companies and affiliates, including Amazon Services, LLC, and Amazon Payments, Inc., shall remove listings and/or advertisements for any product that Plaintiff identifies as using Plaintiff's Copyrighted Work (i.e., preventing a seller from listing for sale under the identified ASIN);

(5) Upon Plaintiff's request, a Third-Party Service Provider shall remove listings and/or advertisements for any product advertised using Plaintiff's Photographs ~~and/or Videos~~; and

(6) this Order shall remain in effect during the pendency of this action or until further order of the Court.

## II. Order Authorizing Expedited Discovery

A.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that:

(1) Plaintiff may propound interrogatories pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall provide written responses under oath to such interrogatories within fourteen (14) days of service to Plaintiff's counsel.

(2) Plaintiff may serve requests for the production of documents pursuant to FRCP 26 and 34, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall produce all documents responsive to such requests within fourteen (14) days of service to Plaintiff's counsel.

(3) Plaintiff may serve requests for admissions pursuant to FRCP 26 and 36, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall

provide written responses under oath to such requests within fourteen (14) days of service to Plaintiff's counsel.

B. IT IS FURTHER ORDERED, as sufficient cause has been shown, that within fourteen (14) days of receiving actual notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to the Third-Party Service Provider(s) and the Financial Institution(s), shall provide to Plaintiff's counsel all documents and records in their possession, custody or control (whether located in the U.S. or abroad) relating to Defendants' User Accounts and Defendants' Merchant Storefronts, including, but not limited to, documents and records relating to:

(1) any and all User Accounts and Defendants' Merchant Storefronts and account details, including, without limitation, identifying information and account numbers for any and all User Accounts and Defendants' Merchant Storefronts that Defendants have ever had and/or currently maintain with the respective Third-Party Service Provider;

(2) the identities, location and contact information, including any and all e-mail addresses of Defendants that were not previously provided;

(3) the Defendants' methods of payment, methods for accepting payment and any and all financial information, including, but not limited to, information associated with Defendants' User Accounts and Defendants' Merchant Storefronts, a full accounting of Defendants' sales history and listing history under such accounts and Defendants' Financial Accounts associated with Defendants' User Accounts and Defendants' Merchant Storefronts; and

(4) Defendants' unauthorized and unlicensed use of Plaintiff's Copyrighted Work.

### III. Security Bond

IT IS FURTHER ORDERED that the $5,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this PI Order is terminated.

### IV. Unsealing Order

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to unseal all the documents previously filed under seal in this case.

**SO ORDERED.**

SIGNED this _18_ day of December, 2024.
Pittsburgh, Pennsylvania

William S. Stickman
United States District Judge

11

# Schedule "A"
# Defendants with Store Name and Seller ID

| Def. No. | Defendant Seller Name | ASIN/Product ID | Seller ID | Platform |
|---|---|---|---|---|
| 1 | ADEDIY | B0B8N3B2H8 | A1EL53ZEYQSBR1 | Amazon |
| 1 | ADEDIY | B0B8N8KPL5 | A1EL53ZEYQSBR1 | Amazon |
| 1 | ADEDIY | B0B8N2XRXR | A1EL53ZEYQSBR1 | Amazon |
| 2 | Aiky life | B07VFF7B21 | A3BUBD8B8URWFC | Amazon |
| 3 | AnnHomeArt | B0BCPFZ3HK | A2G0FBCCSFLR4N | Amazon |
| 4 | AOUER | B0BF144VJD | A1Q14NWH7ITLM7 | Amazon |
| 4 | AOUER | B0BF1XL8ZS | A1Q14NWH7ITLM7 | Amazon |
| 4 | AOUER | B0BF13WZGR | A1Q14NWH7ITLM7 | Amazon |
| 5 | Artsadd | B09WQV7LKH | AKL0HYXBLXCFE | Amazon |
| 5 | Artsadd | B0BGPH82V5 | AKL0HYXBLXCFE | Amazon |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 7 | CHONGTUO | B079BQ1MZK | A3PUJVX5G0V6FU | Amazon |
| 8 | Clobeau | B0C6KD6DMZ | A63B8VXOJU1VC | Amazon |
| 8 | Clobeau | B0C6K8P7XV | A63B8VXOJU1VC | Amazon |
| 9 | CustomSurprise | B0BC3W4X4R | A13BFHRDL46MFQ | Amazon |
| 9 | CustomSurprise | B0BC8THSD4 | A13BFHRDL46MFQ | Amazon |
| 9 | CustomSurprise | B0BC8VY2FQ | A13BFHRDL46MFQ | Amazon |
| 10 | Dengyi | B07H66LBPC | AJ4EFAE9BBPPH | Amazon |
| 11 | DIYKST | B0BGP1L5Z8 | A30XSOPZLQHQFS | Amazon |
| 11 | DIYKST | B0BGP1RX8S | A30XSOPZLQHQFS | Amazon |
| 11 | DIYKST | B0BGP4TDNN | A30XSOPZLQHQFS | Amazon |
| 12 | DragonDesignGifts | B0BBR7VT6J | A1RWUREGGR2JZ5 | Amazon |
| 12 | DragonDesignGifts | B0B1DFVF75 | A1RWUREGGR2JZ5 | Amazon |
| 12 | DragonDesignGifts | B0BCJ4C952 | A1RWUREGGR2JZ5 | Amazon |
| 13 | DUU | B086X4MVNZ | A16NB13AX4J5SF | Amazon |
| 14 | Fanchu | B0BDL277HG | A24VOWTM1FJPN5 | Amazon |
| 14 | Fanchu | B0BDKYW7FP | A24VOWTM1FJPN5 | Amazon |
| 14 | Fanchu | B0BDKY95H3 | A24VOWTM1FJPN5 | Amazon |

| 15 | gogogosky | B0BB6VRK53 | A1Q8UCUMHIPI3M | Amazon |
|----|-----------|------------|----------------|--------|
| 15 | gogogosky | B0BJ1P5HYG | A1Q8UCUMHIPI3M | Amazon |
| 15 | gogogosky | B0BB6V7DN3 | A1Q8UCUMHIPI3M | Amazon |
| 16 | Greenery-Shop | B0C6KFL4MW | A2YDME6AT1R6ES | Amazon |
| 16 | Greenery-Shop | B0C6KG3968 | A2YDME6AT1R6ES | Amazon |
| 17 | Holiberty | B0CG9GB87J | A3G6N047HTHOBD | Amazon |
| 17 | Holiberty | B0CG9GG3V9 | A3G6N047HTHOBD | Amazon |
| 18 | HotVindS | B07KYKB531 | A2DILHSDOLFAEK | Amazon |
| 18 | HotVindS | B07KYLFDVH | A2DILHSDOLFAEK | Amazon |
| 19 | InterestPink | B0BZPNTSST | AI4IIE0LD3GLT | Amazon |
| 19 | InterestPink | B0BZPR2W8P | AI4IIE0LD3GLT | Amazon |
| 19 | InterestPink | B0BZPMVJTT | AI4IIE0LD3GLT | Amazon |
| 20 | Janice life | B0BG2Y645T | A3CG5DS2PE97UB | Amazon |
| 20 | Janice life | B0BG2W9QFW | A3CG5DS2PE97UB | Amazon |
| 21 | onlyYown | B0BBVGCW4W | A1DOKREBB8YK8K | Amazon |
| 21 | onlyYown | B0BBVHCSKH | A1DOKREBB8YK8K | Amazon |
| 21 | onlyYown | B0BBV9BKR3 | A1DOKREBB8YK8K | Amazon |
| ██ | ██████████ | ██████████ | ████████████████ | █████ |
| 23 | Personalizationcity | B0C3CL96J1 | A1X80OCW9Y20D4 | Amazon |
| 23 | Personalizationcity | B0C3CGQXRR | A1X80OCW9Y20D4 | Amazon |
| 23 | Personalizationcity | B0C3CHZKMC | A1X80OCW9Y20D4 | Amazon |
| 24 | SIQITECHNO | B0C9HXJ3H5 | AL1WIKO0WZVXR | Amazon |
| 24 | SIQITECHNO | B0C9HP9DZ6 | AL1WIKO0WZVXR | Amazon |
| 24 | SIQITECHNO | B0C9HPQTL2 | AL1WIKO0WZVXR | Amazon |
| 25 | Thinkels-Tech | B0B2N1DZ8L | A2E9ED9HKK8MM4 | Amazon |
| 25 | Thinkels-Tech | B0B2MZLLD1 | A2E9ED9HKK8MM4 | Amazon |
| 26 | VSOFMY Store | B0C7NLYXQH | A34HP58IBOTOVG | Amazon |
| 26 | VSOFMY Store | B0C7NNHTJN | A34HP58IBOTOVG | Amazon |
| 26 | VSOFMY Store | B0C7NMZZPY | A34HP58IBOTOVG | Amazon |
| 27 | Weimiou | B0CNR2RMRC | A3RDXQD8LBA8MK | Amazon |
| 27 | Weimiou | B0CNR26QTH | A3RDXQD8LBA8MK | Amazon |
| 28 | wewadae | B09MMY1MLY | A1B9WWQRP9UWMX | Amazon |
| 29 | Yoriko | B09G5PFXHK | A29DWTUH251WLM | Amazon |
| 29 | Yoriko | B09G5YKP6L | A29DWTUH251WLM | Amazon |

| 30 | YuanBaoQiJi | B0B53V1VWX | A1NAZFSPQBDZHU | Amazon |
|----|-------------|------------|----------------|--------|
| 30 | YuanBaoQiJi | B0B4QQSZM5 | A1NAZFSPQBDZHU | Amazon |
| 31 | YunLianUK | B0C1G21LYQ | AUQ4XS320BF7M | Amazon |
| 32 | Anbaby | B01LNF31SI | A7UJG21YA6NX2 | Amazon |
| 32 | Anbaby | B01LNF2ZF8 | A7UJG21YA6NX2 | Amazon |
| 33 | ANWOLA-US | B0BG2W9QFW | A3CG5DS2PE97UB | Amazon |
| 33 | ANWOLA-US | B0BG32YM3T | A3CG5DS2PE97UB | Amazon |
| 33 | ANWOLA-US | B0BG2Y645T | A3CG5DS2PE97UB | Amazon |
| 34 | anhua | B0CB58H7HT | A3T3EDJM09COFR | Amazon |
| 35 | AIIYME Store | 529709386 | 101115669 | walmart |
| 35 | AIIYME Store | 513409540 | 101115669 | walmart |
| 36 | Better and Easy Life | 3687499987 | 101033462 | walmart |
| 37 | double trust | 5141742037 | 101254884 | walmart |
| 38 | fashion trend | 5184310949 | 101211292 | walmart |
| 39 | HLONK Co., Ltd | 1787169235 | 101273048 | walmart |
| 40 | Huanyou Co. Ltd | 377350046 | 101130950 | walmart |
| 40 | Huanyou Co. Ltd | 359056707 | 101130950 | walmart |
| 40 | Huanyou Co. Ltd | 730746740 | 101130950 | walmart |
| 41 | Joybuy Marketplace | 313810373 | 101134150 | walmart |
| 42 | OXOTTA TECH Co. Ltd | 2276630028 | 101102777 | walmart |
| 42 | OXOTTA TECH Co. Ltd | 665660288 | 101102777 | walmart |
| 43 | REEREEN Co. Ltd | 423643512 | 101105747 | walmart |
| 44 | yuanyao | 419093751 | 101684389 | walmart |
| 45 | FZFLZDH | 785219459 | 101113238 | walmart |
| 46 | Amazingforless | 767120466 | 101175237 | walmart |
| 47 | Estbridge | 7288860974 | 102499336 | walmart |
| 48 | Best Goal (Shanghai) Manufacture Co., Ltd. | 1601245209966 | 913101061346925593 | Alibaba |
| 49 | Cao County Huiy Arts & Crafts Factory | 1601196947674 | 913717217249773000 | Alibaba |
| 50 | Caoxian Better And Better Craft Products Co., Ltd. | 62334545119 | 91371721MA3N08531D | Alibaba |
| 51 | Caoxian Huashen Arts & Crafts Co., Ltd. | 1601026463252 | 91371721MA3CCRN76F | Alibaba |

| 51 | Caoxian Huashen Arts & Crafts Co., Ltd. | 1601116818980 | 91371721MA3CCRN76F | Alibaba |
|---|---|---|---|---|
| 52 | Caoxian Keyu Arts & Crafts Factory | 60709220273 | 91371721766667343J | Alibaba |
| 52 | Caoxian Keyu Arts & Crafts Factory | 1600600945184 | 91371721766667343J | Alibaba |
| 53 | Caoxian Longgao Wooden Craft Co., Ltd. | 62416361200 | 91371721MA3C03AT2N | Alibaba |
| 53 | Caoxian Longgao Wooden Craft Co., Ltd. | 1600349179216 | 91371721MA3C03AT2N | Alibaba |
| 54 | Caoxian Yangming Crafts Co., Ltd. | 1601239561259 | 91371721MACUAAYW65 | Alibaba |
| 55 | Changchun Lisaa Home Co., Ltd. | 1600774984945 | 91220104MABTEC9F2E | Alibaba |
| 56 | Dongguan Rarlong Crafts Co., Ltd. | 1600883785540 | 91441900MAC2Q1LB96 | Alibaba |
| 57 | Guangxi Guigang Shengchang Wood Products Processing Co., Ltd. | 1601017222098 | 91450803MAA7QTRA6B | Alibaba |
| 58 | Guangzhou Sunlight Ornament Co., Ltd. | 1601093791887 | 91440106MAC3LK4B6Q | Alibaba |
| 58 | Guangzhou Sunlight Ornament Co., Ltd. | 1601139391282 | 91440106MAC3LK4B6Q | Alibaba |
| 58 | Guangzhou Sunlight Ornament Co., Ltd. | 1601142002054 | 91440106MAC3LK4B6Q | Alibaba |
| 58 | Guangzhou Sunlight Ornament Co., Ltd. | 1600826567009 | 91440106MAC3LK4B6Q | Alibaba |
| 59 | Hangzhou Packaging Imp. & Exp. Co., Ltd | 1600105908063 | 9133010568290910X | Alibaba |
| 60 | Hefei Ownswing Houseware Co.,ltd | 1601094196386 | 913401003488354202 | Alibaba |
| 61 | Henan Chengbai Network Technology Co., Ltd. | 1600563679403 | 91410702MA9LB9R5X5 | Alibaba |
| 62 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | 62309854019 | 91411524MA46N1FC13 | Alibaba |
| 63 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | 62299030347 | 91411524MA46N1FC13 | Alibaba |

| 64 | Henan Songzhi Import And Export Co., Ltd. | 1601238458353 | 91410100MA9LM5EX5R | Alibaba |
|----|----|----|----|----|
| 64 | Henan Songzhi Import And Export Co., Ltd. | 1601238386587 | 91410100MA9LM5EX5R | Alibaba |
| 65 | Henan Su Yi Import And Export Ltd. | 1601240360066 | 91411600MADTM82287 | Alibaba |
| 66 | Henan Xiaokangning Import And Export Co., Ltd. | 1601231456677 | 91410100MAD1861M8B | Alibaba |
| 67 | Henan Yulin Edu. Project Co., Ltd. | 1601216664658 | 91410700721813095B | Alibaba |
| 68 | Hengtong Bamboo & Wood Crafts Factory | 1600489406335 | 91331023L125312319 | Alibaba |
| 69 | Heze Fortune International Co., Ltd. | 1601196484788 | 913717007628960508 | Alibaba |
| 70 | Heze Longyipan Arts & Crafts Co., Ltd. | 1600371208023 | 91371721MA3C6K8G23 | Alibaba |
| 71 | Jeeves Trading Co., Ltd. | 1601104979831 | 91370100MA941UAWX9 | Alibaba |
| 72 | Liaocheng G&G Crafts Co., Ltd. | 1600952887313 | 91371500312646476M | Alibaba |
| 73 | Nanning Holame Home Tech Co., Ltd. | 1600795780057 | 91450107MAC1ADMY8P | Alibaba |
| 74 | Ningbo E-Fitness Import & Export Co., Ltd. | 60780288449 | 91330212MA282FRM1H | Alibaba |
| 75 | Ningbo Mien Toys Co., Ltd. | 1600888800037 | 91330206MA282Q8Q3M | Alibaba |
| 76 | Peaceful (guangzhou) Import And Export Co., Ltd. | 1601028875731 | 91440101MA9X5KLP3T | Alibaba |
| 77 | Puyang Hechang Handicraft Product Co., Ltd. | 62487681822 | 914109007751262157 | Alibaba |
| 77 | Puyang Hechang Handicraft Product Co., Ltd. | 1601002526891 | 914109007751262157 | Alibaba |
| 78 | Qingdao Ankun Trade Co., Ltd. | 1601199856723 | 91370213073280728G | Alibaba |
| 79 | Qingdao Lubang Arts & Crafts Co., Ltd. | 1601089992383 | 91370213MA3F360D5M | Alibaba |
| 80 | Shandong Ruxing Arts & Crafts Co., Ltd. | 1601245541281 | 91370602MAC155BB05 | Alibaba |

| 81 | Shanghai Hexuan Baby Products Co., Ltd. | 62557058459 | 91310114570835130A | Alibaba |
|----|------|------|------|------|
| 82 | Shanghai Number One Imp. & Exp. Co., Ltd. | 1600069781463 | 91310115301340973B | Alibaba |
| 83 | Shenzhen Nicebest International Import & Export Co., Limited | 160111970912 | 914403000578794900 | Alibaba |
| 84 | Shenzhen Yuqi Arts & Crafts Co., Ltd. | 1600092983190 | 91440300683772703D | Alibaba |
| 84 | Shenzhen Yuqi Arts & Crafts Co., Ltd. | 1600511923274 | 91440300683772703D | Alibaba |
| 84 | Shenzhen Yuqi Arts & Crafts Co., Ltd. | 1600457451280 | 91440300683772703D | Alibaba |
| 84 | Shenzhen Yuqi Arts & Crafts Co., Ltd. | 1600092926774 | 91440300683772703D | Alibaba |
| 84 | Shenzhen Yuqi Arts & Crafts Co., Ltd. | 1600511856779 | 91440300683772703D | Alibaba |
| 85 | Taizhou Dingchuan Manufacture & Trade Co., Ltd. | 1600465839212 | 91331023329965537P | Alibaba |
| 86 | Taizhou Ruihong Arts & Crafts Co., Ltd. | 1600733377058 | 91331003MA2HEBKH9C | Alibaba |
| 87 | Yiwu City Pafu Craft & Gift Co., Ltd. | 62298842784 | 913307825943719086 | Alibaba |
| 88 | Yiwu Fengqing Toy Co., Ltd. | 1600105029186 | 91330782336941365J | Alibaba |
| 89 | Yiwu Hengli Network Technology Co., Ltd. | 62569459768 | 91330782350195231B | Alibaba |
| 90 | Yiwu Olai Packing Co., Ltd | 1600959003046 | 91330782060563112B | Alibaba |
| 91 | Yiwu Yuyi Crafts Co., Ltd. | 1600100812264 | 91330782MA2E9YKX23 | Alibaba |
| 92 | Yiwu Zhihua E-Commerce Co., Ltd. | 62585460039 | 91330782MA28ECL27H | Alibaba |
| 93 | Yunhe County Yuanjian Toys Co., Ltd. | 1600690579140 | 91331125098357250J | Alibaba |