AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| CHEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-01516 |
| CHEN v. ADEDIY et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

onlyYown, DragonDesignGifts, gogogosky, CustomSurprise, ADEDIY, AnnHomeArt, Artsadd, Personalizationc .

Date: 12/26/2024

/s/ TAO LIU
*Attorney's signature*

TAO LIU #5741665
*Printed name and bar number*

Glacier Law LLP
41 Madison Avenue Suite 2529,
New York, NY 10010

*Address*

tao.liu@glacier.law
*E-mail address*

(212) 729-5036
*Telephone number*

*FAX number*