## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chen, | ) |
|                 Plaintiff, | ) Case No. 2:24-cv-01516-WSS |
|                 v. | ) Hon. William S. Stickman |
| ADEDIY et al, | ) |
|                 Defendants. | ) |

**Motion for Admission Pro Hac Vice of Adam E. Urbanczyk**

Adam E. Urbanczyk, undersigned counsel for Clobeau, Greenery-shop, Holiberty Store, SIQITECHNO ("Defendants"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Defendants, pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Adam E. Urbanczyk filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:                January 15, 2025

                                                          Respectfully submitted,

                                                          /s/Adam E. Urbanczyk
                                                          By: Adam E. Urbanczyk
                                                          AU LLC
                                                           444 W. Lake St. 17th Floor
                                                          Chicago, IL 60606
                                                          (312) 715-7312
                                                          adamu@au-llc.com
                                                          DC 1005729
                                                          *Counsel for Defendants*
                                                          *Pro Hac Vice pending*

1

## Certificate of Service

I certify that on January 15, 2025, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated:       January 15, 2025

/s/ Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice pending*
