IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chen, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:24-cv-01516-WSS |
| v. | ) |
| | ) Hon. William S. Stickman |
| ADEDIY et al, | ) |
| | ) |
| Defendants. | ) |

**Affidavit of Adam E. Urbanczyk in Support of**
**Motion for Admission Pro Hac Vice**

I, Adam E. Urbanczyk, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Clobeau, Greenery-shop, Holiberty Store, SIQITECHNO in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

I, Adam E. Urbanczyk, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm AU LLC.

2. My business address is 444 W. Lake St. 17th Floor Chicago, IL 60606.

3. I am a member in good standing of the bars of Illinois, Michigan, and the District of Columbia, as well as the Northern District of Illinois, Central District of Illinois, Eastern District of Michigan, Eastern District of Wisconsin, and U.S. District Court for the District of Columbia.

4. My bar identification numbers are 6301067 (IL), P81582 (MI), 1005729 (DC).

5. A current certificate of good standing from the D.C. Court of Appeals is attached to this Affidavit as **Exhibit A**.

6. I have no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:            January 15, 2025

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
Affiant

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Adam Edward Urbanczyk

was duly qualified and admitted on February 6, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 18, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.