IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Chen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:24-cv-01516-WSS |
| v. | ) | |
| | ) | Hon. William S. Stickman |
| ADEDIY et al, | ) | |
| | ) | |
| Defendants. | ) | |

### [Proposed] Order

AND NOW, this _____ day of January, 2025, upon consideration of the Motion of Adam E. Urbanczyk for Admission Pro Hac Vice, it is hereby ORDERED that the Motion for Admission Pro Hac Vice is GRANTED.

					_____
					The Honorable Judge
					William S. Stickman