### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chen,<br><br>    Plaintiff,<br><br>    v.<br><br>ADEDIY et al,<br><br>    Defendants. | Case No. 2:24-cv-01516-WSS<br><br>Hon. William S. Stickman |

### Defendants' Corporate Disclosures

**NOW COME** Clobeau, Greenery-shop, Holiberty Store, SIQITECHNO ("Defendant"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. and LCvR 7.1 provide the following corporate disclosures.

1. There is no parent corporation or any publicly held corporation owning 10% or more of any Defendant's stock. No parent companies, subsidiaries, and affiliates of Defendants have issued shares or debt securities to the public.

2. HONG YI XIANG is the registrant of the Clobeau storefront.

3. Greenery Communication Electronics Trading Co Ltd is the registrant of the Greenery-shop storefront, and its sole shareholder is Huang Jingsen

4. Hongkong Meiaorui Outdoor Trading Limited is the registrant of the Holiberty storefront, and its sole shareholder is Liying Xu

5. HONGKONG SIQI TECHNOLOGY BUSINESS CO., LIMITED is the registrant of the SIQITECHNO storefront, and its sole shareholder is WANG FENG.

Dated this January 15, 2025

                   Respectfully Submitted,

                   <u>/s/Adam E. Urbanczyk</u>
                   Adam E. Urbanczyk
                   AU LLC

444 W. Lake St. 17th Floor  
Chicago, IL 60606  
(312) 715-7312  
adamu@au-llc.com  
DC 1005729  
*Counsel for Defendants*  
*Pro Hac Vice Pending*

## Certificate of Service

I certify that on January 15, 2025, I electronically submitted the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated: January 15, 2025

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice Pending*