# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HUISHAN CHEN

        *Plaintiff*,

    v.

ADEDIY AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",

        *Defendants*.

Case No. 2:24-cv-001516

Honorable Judge William S. Stickman

## DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendants onlyYown, DragonDesignGifts, gogogosky, CustomSurprise, ADEDIY, AnnHomeArt, Artsadd, Personalizationc ("Defendants"), by and through its undersigned counsel, respectfully move this court for an extension of time, up to and February 14, 2025, for Defendants to answer or otherwise respond in this matter. In support thereof, Defendants state as follows:

1. Plaintiff commenced this suit by filing a Complaint on November 27, 2004

2. Plaintiff and Defendants have been conducting a good faith settlement negotiation, and additional time is needed to reach a settlement agreement.

3. Defendants request an extension of time until February 14, 2025, to answer, or otherwise respond to complaint in this matter.

4. Plaintiff has consented to this extension of time.

5. This is defendants' first extension of time request. This motion is brought in good faith and will not cause prejudice to the parties.

1

WHEREFORE, Defendants respectfully request this Court grant this unopposed motion a

and extent the deadline by which Defendant is to answer, or otherwise respond to, the complaint in this matter, up to and including February 14, 2025

Dated: January 15, 2025                                     Respectfully submitted

                                                          *By: /s/ Tianyu Ju*
                                                             Tianyu Iris Ju, Esq.
                                                            Iris.ju@glacier.law
                                                            **Glacier Law LLP**
                                                            251 S Lake Ave., Suite 910,
                                                           Pasadena, CA 91101
                                                           www.glacier.law
                                                           Tel: +1 (332) 208-8882
                                                           Direct: +1 (626) 663-1199

                                                           *Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN<br><br>    *Plaintiff*,<br><br>v.<br><br>ADEDIY AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br>    *Defendants*. | Case No. 2:24-cv-001516<br><br>Honorable Judge William S. Stickman |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system to the following:

  Xiyan Zhang
  Stratum Law LLC
  2424 E. York St., Ste. 223
  Philadelphia, PA, 19125
  *Counsel for Plaintiff*

                */s/ Tianyu Ju*
                Tianyu Ju