# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN<br><br>*Plaintiff*,<br><br>v.<br><br>ADEDIY AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br>*Defendants*. | Case No. 2:24-cv-001516<br><br>Honorable Judge William S. Stickman |

## PROPOSED ORDER TO DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendants onlyYown, DragonDesignGifts, gogogosky, CustomSurprise, ADEDIY, AnnHomeArt, Artsadd, Personalizationc ("Defendants") filed their Unopposed Motion for Extension of Time to Answer or Otherwise Respond. The Court, having considered the motion, finds that the Unopposed Motion should be GRANTED.

It is so ordered that Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond is GRANTED. Defendants' deadline to answer, or otherwise respond to, the complaint in this matter, is extended up to and including February 14, 2025.

_____
HONORABLE JUDGE WILLIAM S. STICKMAN
UNITED STATES DISTRICT JUDGE