## SCHEDULE "A"
## Defendants with Business Name, Seller Name, and Seller ID

| Def. No. | Seller Name | Business Name | Seller ID | Status |
|---|---|---|---|---|
| 1 | ADEDIY | Wu han lian jia dian zi shang wu you xian gong si | A1EL53ZEYQSBR1 | In Default |
| 2 | Aiky life | | A3BUBD8B8URWFC | In Default |
| 3 | AnnHomeArt | Hu Bei Xin En Bei E-Commerce Co., Ltd | A2G0FBCCSFLR4N | In Default |
| 4 | AOUER | putianshixiuyuquxiutengdadianzishangwuyouxiangongs | A1Q14NWH7ITLM7 | In Default |
| 5 | Artsadd | Printbest Custom Inc | AKL0HYXBLXCFE | In Default |
| 6 | BLACKFAST | Fuzhoushi Chenfeiwangluojishuyouxiangongsi | A2GQMXD8QOSI3S | In Default |
| 7 | CHONGTUO | shenzhenshi chongtuo wangluokeji youxiangongsi | A3PUJVX5G0V6FU | In Default |
| 8 | Clobeau | HONG YI XIANG | A63B8VXOJU1VC | In Default |
| 9 | CustomSurprise | wuhanxinyangyuantongyiyaokeji Co., Ltd. | A13BFHRDL46MFQ | In Default |
| 10 | Dengyi | guang xi nan ning deng yi mao yi you xian gong si | AJ4EFAE9BBPPH | In Default |
| 11 | DIYKST | PUTIANSHIHONGKANGJIAYEMAOYIYOUXIANGGONGSI | A30XSOPZLQHQFS | In Default |
| 12 | DragonDesignGifts | | A1RWUREGGR2JZ5 | In Default |
| 13 | DUU | | A16NB13AX4J5SF | In Default |
| 14 | Fanchu | TongShanXianFangChuBaiHuoDian | A24VOWTM1FJPN5 | In Default |
| 15 | gogogosky | wu han hang he dian zi shang wu you xian gong si | A1Q8UCUMHIPI3M | In Default |
| 16 | Greenery-Shop | GREENERY COMMUNICATION ELECTRONICS TRADING CO., LIMITED | A2YDME6AT1R6ES | In Default |
| 17 | Holiberty | Hongkong Meiaorui Outdoor Trading Limited | A3G6N047HTHOBD | In Default |
| 18 | HotVindS | Yanhong Wei | A2DILHSDOLFAEK | In Default |
| 19 | InterestPink | SU SILING | AI4IIE0LD3GLT | In Default |

| 20 | Janice life | wuhan shengshichuanqi baozhuang youxiangongsi | A3CG5DS2PE97UB | In Default |
|---|---|---|---|---|
| 21 | onlyYown | Taiyuan Qiahuan Technology Co., Ltd. | A1DOKREBB8YK8K | In Default |
| 22 | PAMBO Direct | GUANGZHOU JINLAN JIAJU YONGPIN YOUXIANGONGSI | A1F5Q0CGHALNB4 | In Default |
| 23 | Personalizationcity | | A1X80OCW9Y20D4 | In Default |
| 24 | SIQITECHNO | HONGKONG SIQI TECHNOLOGY BUSINESS CO.,LIMITED | AL1WIKO0WZVXR | In Default |
| 25 | Thinkels-Tech | | A2E9ED9HKK8MM4 | In Default |
| 26 | VSOFMY Store | putianshixiuyuquhushisaniutubaihuoshanghang | A34HP58IBOTOVG | In Default |
| 27 | Weimiou | | A3RDXQD8LBA8MK | In Default |
| 28 | wewadae | | A1B9WWQRP9UWMX | In Default |
| 29 | Yoriko | | A29DWTUH251WLM | In Default |
| 30 | YuanBaoQiJi | | A1NAZFSPQBDZHU | In Default |
| 31 | YunLianUK | ShouNingYunLianDianZiShangWuYouXianGongSi | AUQ4XS320BF7M | In Default |
| 32 | Anbaby | Zhou Fang | A7UJG21YA6NX2 | Dismissed without Prejudice |
| 33 | ANWOLA-US | wuhan shengshichuanqi baozhuang youxiangongsi | A3CG5DS2PE97UB | In Default |
| 34 | anhua | | A3T3EDJM09COFR | Dismissed without Prejudice |
| 35 | AIIYME Store | | 101115669 | In Default |
| 36 | Better and Easy Life | | 101033462 | In Default |
| 37 | double trust | | 101254884 | In Default |
| 38 | fashion trend | | 101211292 | In Default |
| 39 | HLONK Co., Ltd | shenzhenhongxudianzikejiyouxiangongsi | 101273048 | In Default |
| 40 | Huanyou Co. Ltd | guangzhouhuanyoukejiyouxiangongsi | 101130950 | In Default |
| 41 | Joybuy Marketplace | cheng du jian hong liang shang mao you xian gong si | 101134150 | In Default |
| 42 | OXOTTA TECH Co. Ltd | shenzhenshiousitaikejiyouxiangongsi | 101102777 | In Default |

| 43 | REEREEN Co. Ltd | cheng du jian hong liang shang mao you xian gong si | 101105747 | In Default |
|---|---|---|---|---|
| 44 | yuanyao | shenzhenshiousitaikejiyouxiangongsi | 101684389 | In Default |
| 45 | FZFLZDH | fuzhoufulizidonghuashebeiyouxiangongsi | 101113238 | In Default |
| 46 | Amazingforless | Henanjinhuashangmaoyouxiangongsi | 101175237 | In Default |
| 47 | Estbridge | shenzhenshi dongqiaoguojiyingxiao youxiangongsi | 102499336 | In Default |
| 48 | Best Goal (Shanghai) Manufacture Co., Ltd. | Best Goal (Shanghai) Manufacture Co., Ltd. | 913101061346925593 | In Default |
| 49 | Cao County Huiy Arts & Crafts Factory | Cao County Huiy Arts & Crafts Factory | 913717217249773000 | In Default |
| 50 | Caoxian Better And Better Craft Products Co., Ltd. | Caoxian Better And Better Craft Products Co., Ltd. | 91371721MA3N08531D | In Default |
| 51 | Caoxian Huashen Arts & Crafts Co., Ltd. | Caoxian Huashen Arts & Crafts Co., Ltd. | 91371721MA3CCRN76F | In Default |
| 52 | Caoxian Keyu Arts & Crafts Factory | Caoxian Keyu Arts & Crafts Factory | 913717217666673343J | In Default |
| 53 | Caoxian Longgao Wooden Craft Co., Ltd. | Caoxian Longgao Wooden Craft Co., Ltd. | 91371721MA3C03AT2N | In Default |
| 54 | Caoxian Yangming Crafts Co., Ltd. | Caoxian Yangming Crafts Co., Ltd. | 91371721MACUAAYW65 | In Default |
| 55 | Changchun Lisaa Home Co., Ltd. | Changchun Lisaa Home Co., Ltd. | 91220104MABTEC9F2E | In Default |
| 56 | Dongguan Rarlong Crafts Co., Ltd. | Dongguan Rarlong Crafts Co., Ltd. | 91441900MAC2Q1LB96 | In Default |

| | | | | |
|---|---|---|---|---|
| 57 | Guangxi Guigang Shengchang Wood Products Processing Co., Ltd. | Guangxi Guigang Shengchang Wood Products Processing Co., Ltd. | 91450803MAA7QTRA6B | In Default |
| 58 | Guangzhou Sunlight Ornament Co., Ltd. | Guangzhou Sunlight Ornament Co., Ltd. | 91440106MAC3LK4B6Q | In Default |
| 59 | Hangzhou Packaging Imp. & Exp. Co., Ltd | Hangzhou Packaging Imp. & Exp. Co., Ltd | 91330105682900910X | In Default |
| 60 | Hefei Ownswing Houseware Co.,ltd | Hefei Ownswing Houseware Co.,ltd | 913401003488354202 | In Default |
| 61 | Henan Chengbai Network Technology Co., Ltd. | Henan Chengbai Network Technology Co., Ltd. | 91410702MA9LB9R5X5 | In Default |
| 62 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | 91411524MA46N1FC13 | In Default |
| 63 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | 91411524MA46N1FC13 | In Default |
| 64 | Henan Songzhi Import And Export Co., Ltd. | Henan Songzhi Import And Export Co., Ltd. | 91410100MA9LM5EX5R | In Default |
| 65 | Henan Su Yi Import And Export Ltd. | Henan Su Yi Import And Export Ltd. | 91411600MADTM82287 | In Default |

| 66 | Henan Xiaokangning Import And Export Co., Ltd. | Henan Xiaokangning Import And Export Co., Ltd. | 91410100MAD1861M8B | In Default |
|---|---|---|---|---|
| 67 | Henan Yulin Edu. Project Co., Ltd. | Henan Yulin Edu. Project Co., Ltd. | 91410700721813095B | In Default |
| 68 | Hengtong Bamboo & Wood Crafts Factory | Hengtong Bamboo & Wood Crafts Factory | 91331023L125312319 | In Default |
| 69 | Heze Fortune International Co., Ltd. | Heze Fortune International Co., Ltd. | 913717007628960508 | In Default |
| 70 | Heze Longyipan Arts & Crafts Co., Ltd. | Heze Longyipan Arts & Crafts Co., Ltd. | 91371721MA3C6K8G23 | In Default |
| 71 | Jeeves Trading Co., Ltd. | Jeeves Trading Co., Ltd. | 91370100MA941UAWX9 | In Default |
| 72 | Liaocheng G&G Crafts Co., Ltd. | Liaocheng G&G Crafts Co., Ltd. | 91371500312646476M | In Default |
| 73 | Nanning Holame Home Tech Co., Ltd. | Nanning Holame Home Tech Co., Ltd. | 91450107MAC1ADMY8P | In Default |
| 74 | Ningbo E-Fitness Import & Export Co., Ltd. | Ningbo E-Fitness Import & Export Co., Ltd. | 91330212MA282FRM1H | In Default |
| 75 | Ningbo Mien Toys Co., Ltd. | Ningbo Mien Toys Co., Ltd. | 91330206MA282Q8Q3M | In Default |
| 76 | Peaceful (guangzhou) Import And Export Co., Ltd. | Peaceful (guangzhou) Import And Export Co., Ltd. | 91440101MA9X5KLP3T | In Default |

| 77 | Puyang Hechang Handicraft Product Co., Ltd. | Puyang Hechang Handicraft Product Co., Ltd. | 914109007751262157 | In Default |
|---|---|---|---|---|
| 78 | Qingdao Ankun Trade Co., Ltd. | Qingdao Ankun Trade Co., Ltd. | 91370213073280728G | In Default |
| 79 | Qingdao Lubang Arts & Crafts Co., Ltd. | Qingdao Lubang Arts & Crafts Co., Ltd. | 91370213MA3F360D5M | In Default |
| 80 | Shandong Ruxing Arts & Crafts Co., Ltd. | Shandong Ruxing Arts & Crafts Co., Ltd. | 91370602MAC155BB05 | In Default |
| 81 | Shanghai Hexuan Baby Products Co., Ltd. | Shanghai Hexuan Baby Products Co., Ltd. | 913101145708351330A | In Default |
| 82 | Shanghai Number One Imp. & Exp. Co., Ltd. | Shanghai Number One Imp. & Exp. Co., Ltd. | 91310115301340973B | In Default |
| 83 | Shenzhen Nicebest International Import & Export Co., Limited | Shenzhen Nicebest International Import & Export Co., Limited | 914403000578794900 | In Default |
| 84 | Shenzhen Yuqi Arts & Crafts Co., Ltd. | Shenzhen Yuqi Arts & Crafts Co., Ltd. | 914403000683772703D | In Default |
| 85 | Taizhou Dingchuan Manufacture & Trade Co., Ltd. | Taizhou Dingchuan Manufacture & Trade Co., Ltd. | 91331023329965537P | In Default |
| 86 | Taizhou Ruihong Arts & Crafts Co., Ltd. | Taizhou Ruihong Arts & Crafts Co., Ltd. | 91331003MA2HEBKH9C | In Default |

| | | | | |
|---|---|---|---|---|
| 87 | Yiwu City Pafu Craft & Gift Co., Ltd. | Yiwu City Pafu Craft & Gift Co., Ltd. | 913307825943719086 | In Default |
| 88 | Yiwu Fengqing Toy Co., Ltd. | Yiwu Fengqing Toy Co., Ltd. | 91330782336941365J | In Default |
| 89 | Yiwu Hengli Network Technology Co., Ltd. | Yiwu Hengli Network Technology Co., Ltd. | 91330782350195231B | In Default |
| 90 | Yiwu Olai Packing Co., Ltd | Yiwu Olai Packing Co., Ltd | 91330782060563112B | In Default |
| 91 | Yiwu Yuyi Crafts Co., Ltd. | Yiwu Yuyi Crafts Co., Ltd. | 91330782MA2E9YKX23 | In Default |
| 92 | Yiwu Zhihua E-Commerce Co., Ltd. | Yiwu Zhihua E-Commerce Co., Ltd. | 91330782MA28ECL27H | In Default |
| 93 | Yunhe County Yuanjian Toys Co., Ltd. | Yunhe County Yuanjian Toys Co., Ltd. | 91331125098357250J | In Default |