# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN, <br><br> Plaintiff, <br><br> V. <br><br> ADEDIY AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" <br><br> Defendants. | Civil Action No. 2 :24-cv-001516 <br><br> JURY TRIAL DEMANDED |

## [proposed] ORDER

**AND NOW,** this _____ day of ____ 2025, upon consideration of the Motion of certain defendants1 ("Defendants") to vacate the preliminary injunction order [Dkt. 26] (the "Order"), it is hereby ORDERED that:

- The Order with respect to Defendants is vacated; and

- Any restraints imposed by the Order on the Defendants and/or their accounts may be lifted.

The Honorable Judge <br>
William S. Stickman IV