UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN,<br><br>            Plaintiff,<br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>            Defendants. | Civil Action No. 2:24-cv-01516<br><br>Honorable William S. Stickman<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Huishan Chen, and or their counsel(s), hereby give notice that the following defendant listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- Yiwu City Pafu Craft & Gift Co., Ltd.  (Defendant No. 87)

Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated: February 19, 2025

                                              Respectfully submitted,

                                              By: */s/ Xiyan Zhang*
                                              Xiyan Zhang
                                              Stratum Law LLC
                                              2424 E. York St. Ste. 223
                                              Philadelphia, PA, 19125
                                              Phone# (215) 395-8756
                                              Bar# 5052642
                                              xzhang@stratumlaw.com
                                              *Counsel for Plaintiff*