## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　Defendants. | Civil Action No. 2:24-cv-01516<br><br>Honorable William S. Stickman<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Huishan Chen, and or their counsel(s), hereby give notice that the following defendant listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- InterestPink  (Defendant No. 19)

Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated:  February 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Xiyan Zhang*
　　　　　　　　　　　　　　　　　　　　　　　Xiyan Zhang
　　　　　　　　　　　　　　　　　　　　　　　Stratum Law LLC
　　　　　　　　　　　　　　　　　　　　　　　2424 E. York St. Ste. 223
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA, 19125
　　　　　　　　　　　　　　　　　　　　　　　Phone# (215) 395-8756
　　　　　　　　　　　　　　　　　　　　　　　Bar# 5052642
　　　　　　　　　　　　　　　　　　　　　　　xzhang@stratumlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*