UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUISHAN CHEN, | Civil Action No. 2:24-cv-01516 |
| Plaintiff, | |
| v. | Honorable William S. Stickman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | JURY TRIAL DEMANDED |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Huishan Chen, and or their counsel(s), hereby give notice that the following defendant listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- PAMBO Direct  (Defendant No. 22)

Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated:  February 27, 2025

Respectfully submitted,

By: */s/ Xiyan Zhang*
Xiyan Zhang
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA, 19125
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*